[Civ. No. 9358. First Appellate District, Division One.—January 29, 1934.]

A. F. ROSSLOW, Petitioner, v. H. I. MULCREVY, County Clerk, etc., Respondent.

H. C. Burnhill and Francis Gill for Petitioner.

Frank V. Kington for Respondent.

TYLER, P. J.—▮ Petition for mandate to compel respondent to issue execution on a judgment.

The facts are stated in the opinion in *Rosslow* v. *Janssen, ante,* p. 467 [29 Pac. (2d) 287], this day decided. Upon the authority of that case the petition is denied.

Knight, J., and Cashin, J., concurred.

A petition for a rehearing of this cause was denied by the District Court of Appeal on February 28, 1934.